UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 APR 27 PM 5: 09
ROBERT R. DI TROLIO
CL___ U.S. DIST. CT.
   TN, MEMPHIS

MEMPHIS-SHELBY COUNTY
AIRPORT AUTHORITY,

    Plaintiff,

v.

ILLINOIS VALLEY PAVING COMPANY and
FIREMAN'S FUND INSURANCE COMPANY,

    Defendants.

Civil Action No. 01-3041-B-A
**JURY DEMANDED**

---

ILLINOIS VALLEY PAVING COMPANY,

    Counter-Plaintiff,

v.

MEMPHIS-SHELBY COUNTY
AIRPORT AUTHORITY,

    Counter-Defendant.

---

ILLINOIS VALLEY PAVING COMPANY,

    Third-Party Plaintiff,

v.

JACO AIRFIELD CONSTRUCTION, INC.,

    Third-Party Defendant.

---

JACO AIRFIELD CONSTRUCTION, INC.,

    Fourth-Party Plaintiff,

v.

NEHRING ELECTRICAL WORKS COMPANY
and GRAYBAR ELECTRIC COMPANY, INC.,

    Fourth-Party Defendants.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-2-05

219

NEHRING ELECTRICAL WORKS COMPANY
and GRAYBAR ELECTRIC COMPANY, INC.,

    Fifth-Party Plaintiffs,

v.

AMERACE, a Division of Thomas & Betts Corporation,

    Fifth-Party Defendants.

---

ILLINOIS VALLEY PAVING COMPANY,

    Cross-Claimant,

v.

NEHRING ELECTRICAL WORKS COMPANY
and GRAYBAR ELECTRIC COMPANY, INC.,

    Cross-Defendants.

---

FIREMAN'S FUND INSURANCE COMPANY,

    Cross-Claimant,

v.

JACO AIRFIELD CONSTRUCTION, INC.,
NEHRING ELECTRICAL WORKS COMPANY
and GRAYBAR ELECTRIC COMPANY, INC.,

    Cross-Defendants.

---

## ORDER GRANTING IN PART AND DENYING IN PART NEHRING ELECTRICAL WORKS COMPANY'S MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES

The Court heard Nehring Electrical Works Company's ("Nehring") Motion for Extension of the deadline for Nehring to disclose its expert witnesses until May 31, 2005. The Motion was objected to by the Plaintiff, Memphis-Shelby County Airport Authority, on several grounds and by

JACO Airfield Construction, Inc. who requested that all parties be granted an extension and be provided an opportunity to present rebuttal experts. Graybar Electric Company, Inc. also asked that the extension apply to all parties. Memphis-Shelby County Airport Authority, in opposition, requested that if the Motion was granted that all parties be provided an opportunity to present rebuttal experts. Nehring represented to the Court that if it did identify an expert witness, it would identify one additional expert regarding environmental factors affecting the Nehring aircraft lighting cable. Having heard the argument of counsel, the Court grants Nehring's Motion for Extension of Time to Disclose Experts in part and denies it in part.

IT IS ORDERED that Nehring's deadline for disclosing experts be extended until May 15, 2005. Nehring is allowed to identify no more than one additional expert on the subject of environmental factors affecting the Nehring aircraft lighting cable. The remaining parties' deadline for disclosing experts shall be extended until June 15, 2005.

**SO ORDERED**, this the 27th day of April, 2005.

J. DANIEL BREEN
United States District Judge

Submitted By:

Oscar C. Carr, III (#4779)

**GLANKLER BROWN, PLLC**
1700 One Commerce Square
Memphis, Tennessee 38103
(901) 525-1322 Telephone
(901) 525-2389 Facsimile

Attorneys for Plaintiff/Counter-Defendant
Memphis-Shelby County Airport Authority

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 219 in case 2:01-CV-03041 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Justin M. Ross
MARTIN TATE MORROW & MARSTON
22 North Front St.
Ste. 1100
Memphis, TN 38103--118

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

R. Scott McCullough
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT