UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



FILED BY _____ D.C.

05 MAY 17 PM 4: 46

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY, | Plaintiff, Counter-Defendant, |
| vs. | Civil Action No. 01-3041-BA<br>JURY DEMANDED |
| ILLINOIS VALLEY PAVING COMPANY, | Defendant/Counter-Plaintiff, |
| ILLINOIS VALLEY PAVING COMPANY, | Third-Party Plaintiff, |
| vs. | |
| JACO AIRFIELD CONSTRUCTION, INC., | Third-Party Defendant. |
| JACO AIRFIELD CONSTRUCTION, INC., | Fourth-Party Plaintiff, |
| vs. | |
| NEHRING ELECTRICAL WORKS COMPANY, GRAYBAR ELECTRIC COMPANY, INC., | Fourth-Party Defendants. |
| NEHRING ELECTRICAL WORKS COMPANY, GRAYBAR ELECTRIC COMPANY, INC., | Fifth-Party Plaintiffs, |
| vs. | |
| AMERACE, a Division of Thomas & Betts Corporation, | Fifth-Party Defendants. |
| ILLINOIS VALLEY PAVING COMPANY, | Cross-Claimant, |
| vs. | |
| NEHRING ELECTRICAL WORKS COMPANY, GRAYBAR ELECTRIC COMPANY, INC., | Cross-Defendants. |

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

225

FIREMAN'S FUND INSURANCE COMPANY,        Defendant/Cross-Claimant,

vs.

JACO AIRFIELD CONSTRUCTION, INC.,
NEHRING ELECTRICAL WORKS COMPANY,
AND GRAYBAR ELECTRIC COMPANY, INC.,        Cross-Defendants.

### ORDER GRANTING NEHRING ELECTRICAL WORKS COMPANY'S MOTION FOR EXTENSION OF TIME TO FILE AND SERVE EXPERT WITNESS REPORT

Came on for consideration, Defendant, Nehring Electrical Works Company's ("Nehring") Motion for Extension for disclosing the expert report of Rodney Ginger. The Motion is well taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, this Court does Order, Adjudge and Decree that Nehing Electrical Works Company's shall disclose the expert report of Rodney Ginger on or before June 3, 2005. It is also ordered that the remaining parties shall disclose any rebuttal expert and corresponding reports by August 3, 2005.

JUDGE

DATE: May 17, 2005

PREPARED BY:

TODD B. MURRAH (#15235)
Attorneys for Nehring Electrical Works Company

26 N. Second Street
Memphis, Tennessee 38103
(901) 527-4673
File: 03-125

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly served, via U.S. Mail postage prepaid, upon:

R. Alan Pritchard, Esq.
**Baker, Donelson, Bearman & Caldwell, P.C.**
165 Madison Ave., Suite 2000
Memphis, TN  38103

William O. Luckett, Jr., Esq.
Jennifer M. Bermel, Esq.
**Rossie, Luckett, Parker & Ridder, P.C.**
1669 Kirby Parkway, Suite 106
Memphis, TN  38120-4397

Glen Reid, Jr., Esq.
Robert L. Crawford, Esq.
**Wyatt, Tarrant & Combs**
1715 Aaron Brenner Dr., Suite 800
Memphis, TN  38120-4367

R. Grattan Brown, Jr., Esq.
Oscar C. Carr, III, Esq.
**Glankler Brown, PLLC**
One Commerce Square, Suite 1700
Memphis, TN  38103

James W. Bruner, Esq.
**Brown, Hay & Stephens**
205 S. Fifth St., Suite 700
Springfield, IL  62705

James W. Cook, Esq.
**Card, Cook, Holt & Pugh**
1707 Kirby Parkway East
Memphis, TN  38120

William H. Haltom, Jr., Esq.
**Thomason, Hendrix, Harvey, Johnson & Mitchell**
One Commerce Square, 29th Floor
Memphis, TN 38103

Lee L. Piovarcy, Esq.
Justin M. Ross, Esq.
**Martin, Tate, Morrow & Marston, P.C.**
6410 Poplar Avenue, Suite 1000
Memphis, TN  381119-4843

on this the 16th day of May, 2005.

_____
TODD B. MURRAH

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 225 in case 2:01-CV-03041 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Justin M. Ross
MARTIN TATE MORROW & MARSTON
22 North Front St.
Ste. 1100
Memphis, TN 38103--118

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

R. Scott McCullough
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT