UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 18 PM 12: 46

ROBERT R. DiTROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY, | Plaintiff, Counter-Defendant, |
| vs. | Civil Action No. 01-3041-Ml-BRE<br>JURY DEMANDED |
| ILLINOIS VALLEY PAVING COMPANY, | Defendant/Counter-Plaintiff. |
| ILLINOIS VALLEY PAVING COMPANY, | Third-Party Plaintiff, |
| vs. | |
| JACO AIRFIELD CONSTRUCTION, INC., | Third-Party Defendant. |
| JACO AIRFIELD CONSTRUCTION, INC., | Fourth-Party Plaintiff, |
| vs. | |
| NEHRING ELECTRICAL WORKS COMPANY,<br>GRAYBAR ELECTRIC COMPANY, INC., | Fourth-Party Defendants. |
| NEHRING ELECTRICAL WORKS COMPANY,<br>GRAYBAR ELECTRIC COMPANY, INC., | Fifth-Party Plaintiff, |
| v. | |
| AMERACE, a Division of Thomas & Betts Corporation, | Fifth-Party Defendants. |
| ILLINOIS VALLEY PAVING COMPANY, | Cross-Claimant, |
| v. | |
| NEHRING ELECTRICAL WORKS COMPANY,<br>GRAYBAR ELECTRIC COMPANY, INC., | Cross-Defendants. |

ORDER GRANTING GRAYBAR ELECTRIC COMPANY, INC'S JOINDER IN THE UNOPPOSED MOTION
OF NEHRING ELECTRICAL WORKS COMPANY FOR AN EXTENSION OF TIME TO FILE THE REPORT
OF EXPERT RODNEY GINGER

FOR GOOD CAUSE SHOWN, this Court finds that Graybar Electric Company should be allowed to file

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __5-19-05__

226

the report or join in the filing of the report of Expert Rodney Ginger to has been designated by Nehring Electrical Works Company and by Graybar Electric Company, Inc.

IT IS SO ORDERED.

Entered this 18th day of May, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 226 in case 2:01-CV-03041 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

R. Scott McCullough
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

Justin M. Ross
MARTIN TATE MORROW & MARSTON
22 North Front St.
Ste. 1100
Memphis, TN 38103--118

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT