UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _RG_ D.C.

05 AUG -2 PM 2:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY, | Plaintiff, Counter-Defendant, |
| vs. | Civil Action No. 01-3041-BA ✓<br>JURY DEMANDED |
| ILLINOIS VALLEY PAVING COMPANY, | Defendant/Counter-Plaintiff, |
| ILLINOIS VALLEY PAVING COMPANY, | Third-Party Plaintiff, |
| vs. | |
| JACO AIRFIELD CONSTRUCTION, INC., | Third-Party Defendant. |
| JACO AIRFIELD CONSTRUCTION, INC., | Fourth-Party Plaintiff, |
| vs. | |
| NEHRING ELECTRICAL WORKS COMPANY, GRAYBAR ELECTRIC COMPANY, INC., | Fourth-Party Defendants. |
| NEHRING ELECTRICAL WORKS COMPANY, GRAYBAR ELECTRIC COMPANY, INC., | Fifth-Party Plaintiffs, |
| vs. | |
| AMERACE, a Division of Thomas & Betts Corporation, | Fifth-Party Defendants. |
| ILLINOIS VALLEY PAVING COMPANY, | Cross-Claimant, |
| vs. | |
| NEHRING ELECTRICAL WORKS COMPANY, GRAYBAR ELECTRIC COMPANY, INC., | Cross-Defendants. |

Page 1 of 3

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-3-05

(241)

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | Defendant/Cross-Claimant, |
| vs. | |
| JACO AIRFIELD CONSTRUCTION, INC., NEHRING ELECTRICAL WORKS COMPANY, AND GRAYBAR ELECTRIC COMPANY, INC., | Cross-Defendants. |

## ORDER GRANTING NEHRING ELECTRICAL WORKS COMPANY'S, GRAYBAR ELECTRIC COMPANY, INC.'S AND AMERACE, A DIVISION OF THOMAS & BETTS CORPORATION'S JOINT MOTION TO DISMISS THE FIFTH-PARTY COMPLAINTS AND ACTIONS AGAINST AMERACE, A DIVISION OF THOMAS & BETTS CORPORATION

Came on to be heard the Joint Motion of Nehring Electrical Works Company, Graybar Electric Company, Inc. and AMERACE, a Division of Thomas & Betts Corporation, to dismiss the Fifth-Party Complaints and actions against AMERACE, a Division of Thomas & Betts Corporation, without prejudice. The Joint Motion is well taken and should be granted.

WHEREFORE PREMISES CONSIDERED, this Court does Order, Adjudge and Decree that the Fifth-Party Complaints and actions filed by Nehring Electric Works Company and Graybar Electric Company, Inc. against AMERACE are hereby dismissed without prejudice.

_____
JUDGE

DATE: 8/2/05

PREPARED BY:

_____
TODD B. MURRAH (#15235)
Attorneys for Nehring Electrical Works Company
26 N. Second Street

Memphis, Tennessee 38103
(901) 527-4673
File: 03-125

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly served, via U.S. Mail postage prepaid, upon:

R. Alan Pritchard, Esq.
**Baker, Donelson, Bearman & Caldwell, P.C.**
165 Madison Ave., Suite 2000
Memphis, TN 38103

William O. Luckett, Jr., Esq.
**Rossie, Luckett, Parker & Ridder, P.C.**
1669 Kirby Parkway, Suite 106
Memphis, TN 38120-4397

John Wilson, Esq.
**Wyatt, Tarrant & Combs**
1715 Aaron Brenner Dr., Suite 800
Memphis, TN 38120-4367

Oscar C. Carr, III, Esq.
**Glankler Brown, PLLC**
One Commerce Square, Suite 1700
Memphis, TN 38103

James W. Bruner, Esq.
**Brown, Hay & Stephens**
205 S. Fifth St., Suite 700
Springfield, IL 62705

James W. Cook, Esq.
**Card, Cook, Holt & Pugh**
1707 Kirby Parkway East
Memphis, TN 38120

William H. Haltom, Jr., Esq.
**Thomason, Hendrix, Harvey, Johnson & Mitchell**
One Commerce Square, 29th Floor
Memphis, TN 38103

Lee L. Piovarcy, Esq.
**Martin, Tate, Morrow & Marston, P.C.**
6410 Poplar Avenue, Suite 1000
Memphis, TN 381119-4843

on this the ___ day of _____ July _____, 2005.

_____
TODD B. MURRAH

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 241 in case 2:01-CV-03041 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Justin M. Ross
MARTIN TATE MORROW & MARSTON
22 North Front St.
Ste. 1100
Memphis, TN 38103--118

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

R. Scott McCullough
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT