FILED BY _____ D.C.

## UNITED STATES DISTRICT COURT
05 NOV 10 PM 3: 22
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

MEMPHIS-SHELBY COUNTY AIRPORT
AUTHORITY,
      Plaintiff/Counter-Defendant,
   v.
ILLINOIS VALLEY PAVING COMPANY,
and FIREMAN'S FUND INSURANCE COMPANY,
      Defendants.

Civil Action No. 01-3041-D-BRE

---

ILLINOIS VALLEY PAVING COMPANY,
      Third-Party Plaintiff,
   v.
JACO AIRFIELD CONSTRUCTION, INC.,
      Third-Party Defendant.

---

JACO AIRFIELD CONSTRUCTION, INC.,
      Fourth-Party Plaintiff,
   v.
NEHRING ELECTRICAL WORKS COMPANY,
and GRAYBAR ELECTRIC COMPANY, INC.,
      Fourth-Party Defendants.

---

ILLINOIS VALLEY PAVING COMPANY,
      Cross-Claimant,
   v.
NEHRING ELECTRICAL WORKS COMPANY,
and GRAYBAR ELECTRIC COMPANY, INC.,
      Cross-Defendants.

---

FIREMAN'S FUND INSURANCE COMPANY,
      Defendant/Cross-Claimant,
   v.
JACO AIRFIELD CONSTRUCTION, INC.,
NEHRING ELECTRICAL WORKS COMPANY,
and GRAYBAR ELECTRIC COMPANY, INC.,
      Cross-Defendants.

---

M RAP 909911 v1
2789759-000001 10/28/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-14-05



**~~PROPOSED~~ ORDER GRANTING ILLINOIS VALLEY PAVING COMPANY'S
MOTION FOR LEAVE TO FILE DISPOSITIVE MOTIONS
BEYOND FILING DEADLINE**

This matter came before the Court upon Illinois Valley Paving Company's Motion for Leave to File Dispositive Motions Beyond Filing Deadline ("Motion for Leave") and Memorandum in support thereof.  It appears to the Court that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Illinois Valley Paving Company is granted leave to file dispositive motions against Jaco Airfield Construction Company, Inc., Nehring Electrical Works Company, and Graybar Electric Company, Inc. beyond the dispositive motion deadline in the current Scheduling Order.

JUDGE

DATE: 11/10/05

M RAP 909911 v1
2789759-000001  10/28/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 268 in
case 2:01-CV-03041 was distributed by fax, mail, or direct printing on
November 14, 2005 to the parties listed.

---

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Justin M. Ross
MARTIN TATE MORROW & MARSTON
22 North Front St.
Ste. 1100
Memphis, TN 38103--118

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Scott McCullough
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT