UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 17 AM 11:29

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MHS

| | |
|---|---|
| MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY, | Plaintiff, Counter-Defendant, |
| vs. | Civil Action No. 01-3041-BA<br>JURY DEMANDED |
| ILLINOIS VALLEY PAVING COMPANY,<br>FIREMAN'S FUND INSURANCE COMPANY | Defendant/Counter-Plaintiff,<br>Defendant, |
| ILLINOIS VALLEY PAVING COMPANY, | Third-Party Plaintiff, |
| vs. | |
| JACO AIRFIELD CONSTRUCTION, INC., | Third-Party Defendant. |
| JACO AIRFIELD CONSTRUCTION, INC., | Fourth-Party Plaintiff, |
| vs. | |
| NEHRING ELECTRICAL WORKS COMPANY,<br>GRAYBAR ELECTRIC COMPANY, INC., | Fourth-Party Defendants. |
| ILLINOIS VALLEY PAVING COMPANY, | Cross-Claimant, |
| vs. | |
| NEHRING ELECTRICAL WORKS COMPANY,<br>GRAYBAR ELECTRIC COMPANY, INC., | Cross-Defendants. |
| FIREMAN'S FUND INSURANCE COMPANY, | Defendant/Cross-Claimant, |
| vs. | |
| JACO AIRFIELD CONSTRUCTION, INC.,<br>NEHRING ELECTRICAL WORKS COMPANY,<br>AND GRAYBAR ELECTRIC COMPANY, INC., | Cross-Defendants. |

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-17-05


271

## ORDER CONTINUING TRIAL AND AMENDING SCHEDULING ORDER

On November 10, 2005, the Court held a Status Conference with counsel for all parties to discuss Defendants' Motion to Continue the Trial and to Amend the Scheduling Order. Based upon the statements to the Court, there is good cause to grant the motion.

The Court ORDERS that the Scheduling Order is amended as follows:

1. All depositions shall be completed on or before January 13, 2006.

2. On or before February 15, 2006, each party shall file all dispositive motions and Daubert motions seeking to limit or exclude the testimony of experts.

3. All responses to dispositive and Daubert motions shall be filed on or before March 20, 2006, except as provided by the Court's Order Extending Defendants' Deadline for Responding to Plaintiff's Motion for Summary Judgment.

4. On or before May 30, 2006, each party shall file and serve its Motions in Limine.

5. On or before May 30, 2006, each party shall designate its witnesses, exhibits and specify portions of each deposition that will be introduced into evidence at trial, as provided in Rule 26(a)(3) of the Federal Rules of Civil Procedure.

6. A Joint Pretrial Order will be submitted by all parties on or before June 12, 2006.

7. A Pretrial Conference will be conducted on June 19, 2006 at 2:00 p.m.

8. The trial of this cause is set for June 26, 2006 beginning at 9:30 a.m.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: 11/16/05

PREPARED BY:

TODD B. MURRAH (#15235)
GLASSMAN, EDWARDS, WADE
& WYATT, P.C.
Attorneys for Nehring Electrical Works Co.
26 N. Second Street
Memphis, Tennessee 38103
(901) 527-4673
File No.: 03-125

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 271 in case 2:01-CV-03041 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Justin M. Ross
MARTIN TATE MORROW & MARSTON
22 North Front St.
Ste. 1100
Memphis, TN 38103--118

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

R. Scott McCullough
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT