UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 21  PM 2: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MEMPHIS-SHELBY COUNTY
AIRPORT AUTHORITY,

Plaintiff, Counter-Defendant,

vs.

Civil Action No. 01-3041-BA
JURY DEMANDED

ILLINOIS VALLEY PAVING COMPANY,
FIREMAN'S FUND INSURANCE COMPANY,

Defendant/Counter-Plaintiff,
Defendant,

ILLINOIS VALLEY PAVING COMPANY,

Third-Party Plaintiff,

vs.

JACO AIRFIELD CONSTRUCTION, INC.,

Third-Party Defendant.

JACO AIRFIELD CONSTRUCTION, INC.,

Fourth-Party Plaintiff,

vs.

NEHRING ELECTRICAL WORKS COMPANY,
GRAYBAR ELECTRIC COMPANY, INC.,

Fourth-Party Defendants.

ILLINOIS VALLEY PAVING COMPANY,

Cross-Claimant,

vs.

NEHRING ELECTRICAL WORKS COMPANY,
GRAYBAR ELECTRIC COMPANY, INC.,

Cross-Defendants.

FIREMAN'S FUND INSURANCE COMPANY,

Defendant/Cross-Claimant,

vs.

JACO AIRFIELD CONSTRUCTION, INC.,
NEHRING ELECTRICAL WORKS COMPANY,
AND GRAYBAR ELECTRIC COMPANY, INC.,

Cross-Defendants.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-21-05



## ORDER EXTENDING DEFENDANTS' DEADLINE FOR RESPONDING TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Came on to be heard, Defendant, Nehring Electrical Works Company's Motion for Extension of Time to file a response to Plaintiff's Motion for Summary Judgment as to Liability, filed October 21, 2005.  The remaining defendants have joined in the Motion.   The Defendants' Motion is well taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, it is **ORDERED, ADJUDGED AND DECREED** that Defendants may file their responsive briefs to Plaintiff's Motion for Summary Judgment on or before fifteen (15) days after the conclusion of the deposition of Dr. Robert Clark or, alternatively, December 24, 2005, whichever comes last.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: _11/16/05_

PREPARED BY:

TODD B. MURRAH (#15235)
GLASSMAN, EDWARDS, WADE
& WYATT, P.C.
Attorneys for Nehring Electrical Works Co.
26 N. Second Street
Memphis, Tennessee 38103
(901) 527-4673
File No.: 03-125

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 273 in
case 2:01-CV-03041 was distributed by fax, mail, or direct printing on
November 21, 2005 to the parties listed.

---

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

R. Scott McCullough
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Justin M. Ross
MARTIN TATE MORROW & MARSTON
22 North Front St.
Ste. 1100
Memphis, TN 38103--118

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT