UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 22  AM 10: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY,**

    Plaintiff/Counter-Defendant,

vs.

**ILLINOIS VALLEY PAVING COMPANY,**

    Defendant/Counter-Plaintiff.

CIVIL ACTION NO.: **01-3041-A**
**JURY DEMANDED**

---

**ILLINOIS VALLEY PAVING COMPANY,**

    Third-Party Plaintiff,

vs.

**JACO AIRFIELD CONSTRUCTION, INC.,**

    Third-Party Defendant.

---

**JACO AIRFIELD CONSTRUCTION, INC.,**

    Fourth-Party Plaintiff,

vs.

**NEHRING ELECTRICAL WORKS COMPANY and GRAYBAR ELECTRIC COMPANY, INC.,**

    Fourth-Party Defendants.

---

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-22-05

286

1

**NEHRING ELECTRICAL WORKS
COMPANY and GRAYBAR ELECTRIC
COMPANY, INC.,**

      **Fifth-Party Plaintiffs,**

vs.

**AMERACE, A Division of Thomas &
Betts Corporation,**

      **Fifth-Party Defendants.**

---

**ILLINOIS VALLEY PAVING
COMPANY,**

      **Cross-Claimant,**

vs.

**NEHRING ELECTRICAL WORKS
COMPANY and GRAYBAR ELECTRIC
COMPANY, INC.,**

      **Cross-Defendants.**

---

## ORDER EXTENDING JACO AIRFIELD CONSTRUCTION, INC.'S DEADLINE FOR RESPONDING TO ILLINOIS VALLEY PAVING COMPANY'S MOTION FOR SUMMARY JUDGMENT

Came on to be heard, Defendant, JACO Airfield Construction, Inc.'s Motion for extension of time to file a response to Illinois Valley Paving Company's Motion for Summary Judgment filed on November 21, 2005. It appearing that Illinois Valley Paving Company has no objection to the granting of said motion and that the remaining consulting parties have voiced no objection to said motion, JACO's motion is well taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, it is **ORDERED, ADJUDGED AND DECREED** that JACO may file its responsive brief to Illinois Valley Paving Company's Motion

for Summary Judgment on or before fifteen (15) days after the conclusion of the deposition of Dr. Robert Clark, or alternatively, December 24, 2005, whichever comes last.

*[signature]*
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: 12/21/05

PREPARED BY:

CARD, COOK & HOLT
**Attorneys for JACO Airfield Construction, Inc., Third-Party Defendant Fourth-Party Plaintiff**

BY: *[signature]*
JAMES W. COOK          (8760)
ONE OF ITS ATTORNEYS
871 Ridgeway Loop, Suite 108
Memphis, Tennessee 38120

## CERTIFICATE OF SERVICE

I, James W. Cook, do hereby certify that a true and exact copy of the foregoing instrument has been served on the following counsel of record, via U.S. Mail, postage pre-paid, on this the 19th day of December, 2005:

Mr. Oscar C. Carr, III
Attorneys at Law
1700 One Commerce Square
Memphis, Tennessee 38103

Mr. R. Alan Pritchard
Attorney at Law
165 Madison Ave., Suite 2000
Memphis, Tennessee 38103

3

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 286 in case 2:01-CV-03041 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

R. Scott McCullough
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Justin M. Ross
MARTIN TATE MORROW & MARSTON
22 North Front St.
Ste. 1100
Memphis, TN 38103--118

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT