UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 22 PM 4: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY, | Plaintiff, Counter-Defendant, |
| vs. | Civil Action No. 01-3041-BA<br>JURY DEMANDED |
| ILLINOIS VALLEY PAVING COMPANY,<br>and FIREMAN'S FUND INSURANCE COMPANY | Defendant/Counter-Plaintiff,<br>Defendant, |
| ILLINOIS VALLEY PAVING COMPANY, | Third-Party Plaintiff, |
| vs. | |
| JACO AIRFIELD CONSTRUCTION, INC., | Third-Party Defendant. |
| JACO AIRFIELD CONSTRUCTION, INC., | Fourth-Party Plaintiff, |
| vs. | |
| NEHRING ELECTRICAL WORKS COMPANY,<br>GRAYBAR ELECTRIC COMPANY, INC., | Fourth-Party Defendants. |
| ILLINOIS VALLEY PAVING COMPANY, | Cross-Claimant, |
| vs. | |
| NEHRING ELECTRICAL WORKS COMPANY,<br>GRAYBAR ELECTRIC COMPANY, INC., | Cross-Defendants. |
| FIREMAN'S FUND INSURANCE COMPANY, | Defendant/Cross-Claimant, |
| vs. | |
| JACO AIRFIELD CONSTRUCTION, INC.,<br>NEHRING ELECTRICAL WORKS COMPANY,<br>AND GRAYBAR ELECTRIC COMPANY, INC., | Cross-Defendants. |

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-23-05



# ORDER EXTENDING NEHRING ELECTRICAL WORKS COMPANY'S DEADLINE FOR RESPONDING TO ILLINOIS VALLEY PAVING COMPANY'S MOTION FOR SUMMARY JUDGMENT

This cause came on to be heard upon the motion of Nehring Electrical Works Company for an extension of time to file a response to Illinois Valley Paving Company's motion for summary judgment filed on November 21, 2005. It appearing that Illinois Valley Paving Company had no objection to the granting of JACO'S motion for extension of time time to respond to IVP's Motion for Summary Judgment and for other good cause shown, Nehring's motion is well taken and should be granted.

WHEREFORE PREMISES CONSIDERED, IT IS ORDERED, ADJUDGED AND DECREED that Nehring may file its responsive brief to Illinois Valley Paving Company's motion for summary judgment on or before fifteen (15) days after the conclusion of the deposition of Dr. Robert Clark, or alternatively, December 24, 2005, whichever comes last.

J. DANIEL BREEN
United States District Judge

DATE: 12/22/05

N:\TBM\2003\03-125\Cert of Consult Extent Rspd Illinois MSJ.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 291 in case 2:01-CV-03041 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Justin M. Ross
MARTIN TATE MORROW & MARSTON
22 North Front St.
Ste. 1100
Memphis, TN 38103--118

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

R. Scott McCullough
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James W. Cook
CARD COOK & HOLT
1707 Kirby Parkway
Ste. 200
Memphis, TN 38119

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT